BLACKWELL *v.* THE STATE.

CANDLER, J.   1. The use of profane and violent language by two persons, each to the other, although in a public place, is not sufficient, without more, to constitute an affray under the laws of this State ; but the offense is made out by proof of the conduct indicated, under the circumstances mentioned, indulged in by both parties and accompanied by such acts as drawing a razor, making a threatening gesture with a plank, and taking hold of each other, by which conduct citizens are terrorized and disturbed ; it not appearing that either party was justifiable in all that he did.    *Hawkins* v. *State*, 13 *Ga.* 322.

2. Whether or not the accused was justifiable in the part that he took in the affair was, under the facts of this case, a question for the jury.    They found that he was not.    There was some evidence to sustain their finding ; the trial judge signified his approval of it by refusing to grant a new trial ; and this court will not say that his refusal was erroneous.

*Judgment affirmed.    All the Justices concur.*

Submitted December 21, 1903.—Decided January 12, 1904.

Indictment for affray.    Before Judge Proffitt.    City court of Elberton.    November 18, 1903.

*Ira C. VanDuzer*, for plaintiff in error.
*Thomas J. Brown, solicitor,* contra.